UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| TERRY BERGSIEKER, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14-CV-1419 RLW |
| | ) | |
| MCDONALD'S CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon its review of the record. On August 22, 2014, Defendants Anthony McVean and Cornelius Ruffin filed their Motion to Dismiss Plaintiff's Petition. (ECF No. 7). To date, Plaintiff has not filed anything in response to Defendants' Motion to Dismiss.[1]

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is granted until **Friday, September 26, 2014**, within which to file a response to Defendants' Motion to Dismiss Plaintiff's Petition [ECF No. 7], or the Court will rule upon Defendants' unopposed Motion to Dismiss.

Dated this 18th day of September, 2014.

_Ronnie L. White_
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to E.D.Mo. L.R. 4.01, a party opposing a motion must file a memorandum in opposition within seven (7) days after being served with the motion.